AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Olukayode David Ojo <br> *Plaintiff* <br> v. <br> United States of America; et. al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No.  1: 15-CV-6089 (ARR)(LB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

                See Attached

A lawsuit has been filed against you.

Within XXXXX after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Olukayode David Ojo
        120 Chestnut Street, Apt.# 1
        East Orange, NJ 07018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                            DOUGLAS C. PALMER
                                            *CLERK OF COURT*

Date:    10/30/2015                                     W. Latka-Mucha
                                                           *Signature of Clerk or Deputy Clerk*

**15-CV-6089 (ARR)(LB)**

1. United States of America
   c/o Robert L. Capers, United States Attorney
   United States Attorney's Office
   Eastern District of New York
   271 Cadman Plaza East
   Brooklyn, NY 11201

2. Warden Frank Strada
   MDC Brooklyn
   80 29th Street
   Brooklyn, NY 11232

3. Asst. Warden White
   MDC Brooklyn
   80 29th Street
   Brooklyn, NY 11232